IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


LARRY DEAN GARRETT, JR.,    )
                            )
     Plaintiff,             )
                            )        CIVIL ACTION NO.
     v.                     )        2:17cv470-MHT
                            )            (WO)
UNITED STATES MARSHAL       )
SERVICE, et al.,            )
                            )
     Defendants.            )

OPINION AND ORDER

In this excessive-force case, plaintiff filed a
motion for default judgment asserting that defendants
failed to answer his complaint. This case is before the
court on the recommendation of the United States
Magistrate Judge that plaintiff's motion for default
judgment be denied. There are no objections to the
recommendation. Upon an independent and de novo review
of the record, it is ORDERED as follows:

(1) The recommendation of the United States
Magistrate Judge (doc. no. 36) is adopted.

(2) The motion for default judgment (doc. no. 19) is denied.

This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 26th day of February, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE