IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY DEAN GARRETT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17cv470-ECM |
| | ) | [WO] |
| UNITED STATES MARSHAL SERVICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **OPINION and ORDER**

On August 29, 2018, the Magistrate Judge entered a Recommendation (doc. # 72) to which no objections have been filed. Upon an independent review and de novo review of the record, and upon consideration of the Recommendation, it is hereby

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's motion for default judgment (doc. # 19) is DENIED.

This case is REFERRED BACK to the United States Magistrate Judge for further proceedings.

DONE this 17th day of September, 2018.

                                               /s/ Emily C. Marks
                                       EMILY C. MARKS
                                       UNITED STATES DISTRICT JUDGE