IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY DEAN GARRETT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:17-cv-470-ECM |
| ) | (WO) |
| U.S. MARSHALS SERVICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

On March 9 and March 10, 2021, the Magistrate Judge filed Recommendations in this case to which no timely objections have been filed. (Docs. 102 and 103). After an independent review of the record, upon consideration of the Recommendations of the Magistrate Judge, and for good cause, it is

ORDERED that:

1. The United States Magistrate Judge's Recommendations (docs. 102 and 103) are ADOPTED.

2. The Plaintiff's amended complaint against Defendant United States Marshals Service (doc. 28) is DISMISSED, and Defendant United States Marshals Service is TERMINATED as a party in this action.

3. The Defendants' motion for summary judgment (doc. 50) is GRANTED.

4. This case is DISMISSED with prejudice.

5. Costs are taxed against Plaintiff for which execution may issue

A separate Judgment will be entered.

DONE this 30th day of March, 2021.

                                      /s/ Emily C. Marks
                              EMILY C. MARKS
                              CHIEF UNITED STATES DISTRICT JUDGE